**F I L E D**
**United States Court of Appeals**
**Tenth Circuit**

**MAY 8 2002**

**PATRICK FISHER**
**Clerk**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

GEORGE GREGORY JACKSON,

Plaintiff - Appellant,

v.

ANALYST INTERNATIONAL
CORPORATION; ANDERSEN
CONSULTING; YELLOW
TECHNOLOGY SERVICES, INC.;
YELLOW LOGISTICS; YELLOW
FREIGHT SYSTEM, INC.;
YELLOW CORPORATION,

Defendants - Appellees.

No. 01-3151
(D.C. Nos. 96-CV-2055-GTV,
96-CV-2056-GTV, 96-CV-2057-GTV,
97-CV-2274-GTV, 97-CV-2457-GTV)
(D. Kansas)

---

**ORDER AND JUDGMENT** *

---

Before **KELLY** , **BRISCOE** , and **LUCERO** , Circuit Judges.

---

After examining the briefs and appellate record, this panel has determined

unanimously that oral argument would not materially assist the determination

---

\*     This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

of this appeal. *See* Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Appellant George Gregory Jackson appeals from the district court's order denying his motion for relief from judgment brought pursuant to Fed. R. Civ. P. 60(b). We review the denial of a 60(b) motion for abuse of discretion. *Plotner v. AT&T Corp.*, 224 F.3d 1161, 1174 (10th Cir. 2000). "We will reverse the district court's determination only if we find a complete absence of a reasonable basis and are certain that the district court's decision is wrong." *Id.* (quotation omitted).

Having carefully reviewed the briefs, the record, and the applicable law, we conclude that Mr. Jackson has failed to demonstrate that the district court abused its discretion in denying his 60(b) motion. Accordingly, the judgment of the United States District Court for the District of Kansas is AFFIRMED.

Entered for the Court

Mary Beck Briscoe
Circuit Judge